**Motion Denied as moot; Order filed August 8, 2017.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-17-00399-CR
_____

**ALISHA NICOLE NELSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 183rd District Court
Harris County, Texas
Trial Court Cause No. 1505033**

## ORDER

On August 2, 2017, Appellant Alisha Nicole Nelson filed a signed, written request to withdraw her notice of appeal. *See* Tex. R. App. P. 42.2. On July 18, 2017, this court issued an opinion in this case dismissing appellant's appeal based upon testimony at a hearing before the trial court that appellant did not want to continue her appeal. *See Nelson v. State*, No. 14-17-00399-CR, 2017 WL 3045814 (Tex. App.—Houston [14th Dist.] 2017, no pet. h.).

As an opinion has been issued in this case, we deny appellant's request as moot. Based on appellant's motion, we direct the clerk of court to issue the mandate of the court immediately.

PER CURIAM

Panel consists of Justices Christopher, Brown, and Wise.